Opinion issued October 5, 2023



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00643-CV

_____

**TIFFANY HAIRE, Appellant**

**V.**

**HOUSTON METHODIST WILLOWBROOK HOSPITAL, NEW HAVEN ASSISTED LIVING OF TOMBALL LLC, AND SANFORD DALE HAIRE, Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-02953**

---

## MEMORANDUM OPINION

Appellant, Tiffany Haire, proceeding pro se, filed a notice of interlocutory appeal from an August 28, 2023 trial court order. On September 20, 2023, appellant filed a "Notice to Withdraw Interlocutory Appeal" stating that appellant "hereby

withdraw[s]" her appeal, and that a "final order was issued . . . on September 11, 2023." We construe appellant's notice to withdraw as a motion to dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellees, Houston Methodist Willowbrook Hospital, New Haven Assisted Living of Tomball LLC, and Sanford Dale Haire, regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.